UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                          CASE NO:  16-10594

EUGENIO GARCIA                                                                  CHAPTER 13

DEBTORS

_____//

**DEBTORS MOTION TO REINSTATE CASE AND CERTIFICATE OF FUNDS AND
REQUEST FOR APPROVAL OF DEBTORS' ATTORNEYS' FEES
REQUESTING AN EMERGENCY HEARING**

AN EMERGENCY HEARING IS BEING REQUESTED AT THE EARLIEST POSSIBLE OPPORTUNITY BECAUSE THE DEBTORS' CAR, WHICH IS INCLUDED IN THE PLAN, HAS BEEN REPOSSESSED AND UNDER INFORMATION AND BELIEF THE LENDER HAS ADVISED THE DEBTOR THAT IT AGREES TO RETURN VEHICLE TO DEBTOR SO LONG AS DEBTORS CASE IS REINSTATED QUICKLY.

COMES NOW, EUGENIO GARCIA, the Debtor herein, by and through undersigned counsel, and files this Motion to Reinstate Case and in support thereof states as follows:

1. On January 14, 2016, the Debtor filed a voluntary Chapter 13 bankruptcy under title 11 of the United States Code.  Subsequently, on July 30, 2016, the case was dismissed pre-confirmation of the plan for failure to be current with the payments.
2. The Debtor's car, which is being paid in the plan, was repossessed and a condition of the creditor to return the vehicle is the reinstatement of this case.
3. The Debtor wishes to reinstate this case.  The undersigned counsel pursuant to Local Rule 9013-1(E)(3)(a), certifies that all funds required to be paid have been tendered to the Chapter 13 Trustee.  The Debtor has provided to Undersigned a copy of the Cashier's check/money order sent to trustee, which brings the Debtor current under the proposed Chapter 13 plan.
4. The Debtor has incurred $750.00 in attorney's fees in bringing and prosecuting the instant motion.

WHEREFORE, the Debtor hereby requests this Court enter an Order to reinstate the case and approving Debtor's attorney's fees in the amount of $750.00.

I HEREBY CERTIFY that a true copy of the foregoing motion was furnished by U.S. Mail to the interested parties ECF mailing matrix on this November 15, 2016 and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Office of Vanessa Gonzalez-Vinas, PA
8900 SW 117${}^{TH}$ AVE, STE 201-B
Miami, FL  33186
(305) 595-0955 ph
(1-888)308-1715 fax

By: /s/ Vanessa Marie Cook
VANESSA MARIE COOK, ESQ
FLORIDA BAR: 58704

**SERVICE LIST**

US TRUSTEE
ELECTRONICALLY

NANCY NEIDICH, TRUSTEE
ELECTRONICALLY

ALL INTERESTED PARTIES ON ECF MAILING MATRIX